UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GREGORY A. FIGEL,

    Plaintiff,

v.                                        Case No. 2:02-cv-196
                                           HON. R. ALLAN EDGAR

BARBARA BOUCHARD, et al.,

    Defendants.

_____/

## **JUDGMENT**

    In accordance with the Opinion and Order entered this date,

    IT IS HEREBY ORDERED that defendants' motions for summary judgment (Docket ## 82, 110 and 122) are granted, and plaintiff's complaint is dismissed.

Dated:    8/26/05                              */s/ R. Allan Edgar*
                                                         R. ALLAN EDGAR
                                                         UNITED STATES DISTRICT JUDGE